| Statement of Earnings For: | Maura Kane | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|
| Employee #: | 334 | Funding | 100 | Period Begin: | 5/17/2020 | Check Date: | 6/5/2020 |
| Clock Number: | | Function Code | 1101 | Period End: | 5/30/2020 | Pay Type: | Salary |
| SSN: | XXX-XX-4566 | Federal Filing: | Married | Exemptions: | 6 | Additional Tax: | |
| Company Id: | ST15 | State Filing: | | Exemptions: | | Additional Tax: | |

2950 Memphis St
Philadelphia, PA 19134

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2310442 | $0.00 | $2,938.54 | $2,163.08 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 80.00 | 2,878.54 | 932.00 | 33,534.98 |
| Stipend ExtCur | 35.9817 | 0.00 | 60.00 | 0.00 | 1,240.00 |
| PTO | | 0.00 | 0.00 | 28.00 | 1,007.49 |
| Stipend | | 0.00 | 0.00 | 0.00 | 90.00 |
| **Total:** | | **80.00** | **2,938.54** | **960.00** | **35,872.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 182.18 | 2,209.78 |
| MED EE | 42.60 | 516.80 |
| FEDERAL WH | 136.98 | 1,568.51 |
| PA WH | 90.21 | 1,094.18 |
| PHILADELPHIA | 101.32 | 1,236.87 |
| PA SUI EE | 1.76 | 21.52 |
| **Total:** | **555.05** | **6,647.66** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 220.39 | 2,690.43 |
| FSA Medical | 0.02 | 230.78 |
| **Total:** | **220.41** | **2,921.21** |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | |
|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 4.00 | | |

### DISTRIBUTION OF NET PAY

| | | |
|---|---|---|
| Checking | Account: ####2251 | Deposit Amount: 2,163.08 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/5/2020 | V2310442 |

| TOTAL NET PAY |
|---|
| ******$2,163.08 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 334 | Funding: | 100 | Period Begin: | 5/3/2020 | Check Date: | 5/22/2020 | 2950 Memphis St |
| Clock Number: | | Function Code: | 1101 | Period End: | 5/16/2020 | Pay Type: | Salary | Philadelphia, PA 19134 |
| SSN: | XXX-XX-4566 | Federal Filing: | Married | Exemptions: | 6 | Additional Tax: | | |
| Company Id: | ST15 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2289301 | $0.00 | $2,878.54 | $2,107.91 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 80.00 | 2,878.54 | 852.00 | 30,656.44 | SOC SEC EE | 177.28 | 1,963.07 | PSERS | 215.89 | 2,390.54 |
| PTO | | 0.00 | 0.00 | 28.00 | 1,007.49 | MED EE | 41.46 | 459.10 | FSA Medical | 19.23 | 211.53 |
| Stipend | | 0.00 | 0.00 | 0.00 | 90.00 | FEDERAL WH | 128.02 | 1,431.53 | | | |
| Stipend ExtCur | | 0.00 | 0.00 | 0.00 | 120.00 | PA WH | 87.78 | 972.02 | | | |
| | | | | | | PHILADELPHIA | 99.25 | 1,099.00 | | | |
| | | | | | | PA SUI EE | 1.72 | 19.12 | | | |
| Total: | | 80.00 | 2,878.54 | 880.00 | 31,873.93 | Total: | 535.51 | 5,943.84 | Total: | 235.12 | 2,602.07 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: | 0.0000 | Taken: | 0.00 | Balance 4.00 | Checking | Account: ####2251 | Deposit Amount: | 2,107.91 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/22/2020 | V2289301 |

| TOTAL NET PAY |
|---|
| ******$2,107.91 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

**Statement of Earnings For:** Maura Kane  
**Memphis Street Academy Charter School at JP**  
2950 Memphis St  
Philadelphia, PA 19134

| Employee #: | 334 | Funding: | 100 | Period Begin: | 4/19/2020 | Check Date: | 5/8/2020 |
| Clock Number: | | Function Code: | 1101 | Period End: | 5/2/2020 | Pay Type: | Salary |
| SSN: | XXX-XX-4566 | Federal Filing: | Married | Exemptions: | 6 | Additional Tax: | |
| Company Id: | ST15 | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2268029 | $0.00 | $2,878.54 | $2,107.90 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 80.00 | 2,878.54 | 772.00 | 27,777.90 |
| PTO | | 0.00 | 0.00 | 28.00 | 1,007.49 |
| Stipend | | 0.00 | 0.00 | 0.00 | 90.00 |
| Stipend ExtCur | | 0.00 | 0.00 | 0.00 | 120.00 |
| **Total:** | | **80.00** | **2,878.54** | **800.00** | **28,995.39** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 177.28 | 1,785.79 |
| MED EE | 41.46 | 417.64 |
| FEDERAL WH | 128.02 | 1,303.51 |
| PA WH | 87.78 | 884.24 |
| PHILADELPHIA | 99.25 | 999.75 |
| PA SUI EE | 1.73 | 17.40 |
| **Total:** | **535.52** | **5,408.33** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 215.89 | 2,174.65 |
| FSA Medical | 19.23 | 192.30 |
| **Total:** | **235.12** | **2,366.95** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 0.0000 | 0.00 | 4.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####2251 | 2,107.90 |

---

Memphis Street Academy Charter School at JP Jones  
2950 Memphis St  
Philadelphia, PA 19134

334 100 1101  
**Maura Kane**  
419 Rutgers Court  
Bensalem, PA 19020

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/8/2020 | V2268029 |

| TOTAL NET PAY |
|---|
| ******$2,107.90 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | | Period Begin: 4/5/2020 | Check Date: 4/24/2020 | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | | Period End: 4/18/2020 | Pay Type: Salary | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | | Exemptions: 6 | Additional Tax: | | |
| Company Id: ST15 | State Filing: | | Exemptions: | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2249861 | $0.00 | $2,878.54 | $2,107.91 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 80.00 | 2,878.54 | 692.00 | 24,899.36 | SOC SEC EE | 177.27 | 1,608.51 | PSERS | 215.89 | 1,958.76 |
| PTO | | 0.00 | 0.00 | 28.00 | 1,007.49 | MED EE | 41.46 | 376.18 | FSA Medical | 19.23 | 173.07 |
| Stipend | | 0.00 | 0.00 | 0.00 | 90.00 | FEDERAL WH | 128.02 | 1,175.49 | | | |
| Stipend ExtCur | | 0.00 | 0.00 | 0.00 | 120.00 | PA WH | 87.78 | 796.46 | | | |
| | | | | | | PHILADELPHIA | 99.25 | 900.50 | | | |
| | | | | | | PA SUI EE | 1.73 | 15.67 | | | |
| Total: | | 80.00 | 2,878.54 | 720.00 | 26,116.85 | Total: | 535.51 | 4,872.81 | Total: | 235.12 | 2,131.83 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance 4.00 | | | Checking | Account: ####2251 | Deposit Amount: 2,107.91 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/24/2020 | V2249861 |

| TOTAL NET PAY |
|---|
| ******$2,107.91 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | | Period Begin: 3/22/2020 | | Check Date: 4/9/2020 | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | | Period End: 4/4/2020 | | Pay Type: Salary | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | | Exemptions: 6 | | Additional Tax: | | |
| Company Id: ST15 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2229499 | $0.00 | $2,878.54 | $2,107.91 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 80.00 | 2,878.54 | 612.00 | 22,020.82 | SOC SEC EE | 177.28 | 1,431.24 | PSERS | 215.89 | 1,742.87 |
| PTO | | 0.00 | 0.00 | 28.00 | 1,007.49 | MED EE | 41.46 | 334.72 | FSA Medical | 19.23 | 153.84 |
| Stipend | | 0.00 | 0.00 | 0.00 | 90.00 | FEDERAL WH | 128.02 | 1,047.47 | | | |
| Stipend ExtCur | | 0.00 | 0.00 | 0.00 | 120.00 | PA WH | 87.78 | 708.68 | | | |
| | | | | | | PHILADELPHIA | 99.25 | 801.25 | | | |
| | | | | | | PA SUI EE | 1.72 | 13.94 | | | |
| Total: | | 80.00 | 2,878.54 | 640.00 | 23,238.31 | Total: | 535.51 | 4,337.30 | Total: | 235.12 | 1,896.71 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | | Balance 4.00 | Checking | | Account: ####2251 | Deposit Amount: | 2,107.91 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/9/2020 | V2229499 |

| TOTAL NET PAY |
|---|
| ******$2,107.91 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Maura Kane** | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | Period Begin: 3/8/2020 | Check Date: 3/27/2020 | | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | Period End: 3/21/2020 | Pay Type: Salary | | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | Exemptions: 6 | Additional Tax: | | | |
| Company Id: ST15 | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2211578 | $0.00 | $2,878.54 | $2,107.90 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 80.00 | 2,878.54 | 532.00 | | 19,142.28 |
| PTO | 0.00 | 0.00 | 28.00 | | 1,007.49 |
| Stipend | 0.00 | 0.00 | 0.00 | | 90.00 |
| Stipend ExtCur | 0.00 | 0.00 | 0.00 | | 120.00 |
| **Total:** | | 80.00 | 2,878.54 | 560.00 | 20,359.77 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 177.28 | 1,253.96 |
| MED EE | 41.46 | 293.26 |
| FEDERAL WH | 128.02 | 919.45 |
| PA WH | 87.78 | 620.90 |
| PHILADELPHIA | 99.25 | 702.00 |
| PA SUI EE | 1.73 | 12.22 |
| **Total:** | 535.52 | 3,801.79 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 215.89 | 1,526.98 |
| FSA Medical | 19.23 | 134.61 |
| **Total:** | 235.12 | 1,661.59 |

### CURRENT PERIOD LEAVE ACCRUAL

| PTO | Accrued: 0.0000 | Taken: 0.00 | Balance: 4.00 |
|---|---|---|---|

### DISTRIBUTION OF NET PAY

| Checking | Account: ####2251 | Deposit Amount: 2,107.90 |
|---|---|---|

---

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/27/2020 | V2211578 |

| TOTAL NET PAY |
|---|
| ******$2,107.90 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | | Period Begin: 2/23/2020 | | Check Date: 3/13/2020 | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | | Period End: 3/7/2020 | | Pay Type: Salary | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | | Exemptions: 6 | | Additional Tax: | | |
| Company Id: ST15 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2188912 | $0.00 | $2,968.54 | $2,168.37 | |

### EARNINGS *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 76.00 | 2,734.61 | 452.00 | 16,263.74 |
| PTO | 35.9817 | 4.00 | 143.93 | 28.00 | 1,007.49 |
| Stipend | | 0.00 | 90.00 | 0.00 | 90.00 |
| Stipend ExtCur | | 0.00 | 0.00 | 0.00 | 120.00 |
| **Total:** | | 80.00 | 2,968.54 | 480.00 | 17,481.23 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 182.85 | 1,076.68 |
| MED EE | 42.76 | 251.80 |
| FEDERAL WH | 138.01 | 791.43 |
| PA WH | 90.54 | 533.12 |
| PHILADELPHIA | 102.36 | 602.75 |
| PA SUI EE | 1.78 | 10.49 |
| **Total:** | 558.30 | 3,266.27 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 222.64 | 1,311.09 |
| FSA Medical | 19.23 | 115.38 |
| **Total:** | 241.87 | 1,426.47 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 0.0000 | 4.00 | 4.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####2251 | 2,168.37 |

---

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/13/2020 | V2188912 |

| TOTAL NET PAY |
|---|
| ******$2,168.37 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | | Period Begin: 2/9/2020 | | Check Date: 2/28/2020 | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | | Period End: 2/22/2020 | | Pay Type: Salary | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | | Exemptions: 6 | | Additional Tax: | | |
| Company Id: ST15 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2166256 | $0.00 | $2,998.54 | $2,188.51 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 64.00 | 2,302.83 | 376.00 | 13,529.13 | SOC SEC EE | 184.72 | 893.83 | PSERS | 224.89 | 1,088.45 |
| PTO | 35.9817 | 16.00 | 575.71 | 24.00 | 863.56 | MED EE | 43.20 | 209.04 | FSA Medical | 19.23 | 96.15 |
| Stipend ExtCur | 35.9817 | 0.00 | 120.00 | 0.00 | 120.00 | FEDERAL WH | 141.34 | 653.42 | | | |
| | | | | | | PA WH | 91.46 | 442.58 | | | |
| | | | | | | PHILADELPHIA | 103.39 | 500.39 | | | |
| | | | | | | PA SUI EE | 1.80 | 8.71 | | | |
| Total: | | 80.00 | 2,998.54 | 400.00 | 14,512.69 | Total: | 565.91 | 2,707.97 | Total: | 244.12 | 1,184.60 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 16.00 | Balance | 8.00 | Checking | Account: ####2251 | | Deposit Amount: | 2,188.51 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/28/2020 | V2166256 |

| TOTAL NET PAY |
|---|
| ******$2,188.51 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | Period Begin: 1/26/2020 | Check Date: 2/14/2020 | | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | Period End: 2/8/2020 | Pay Type: Salary | | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | Exemptions: 6 | Additional Tax: | | | |
| Company Id: ST15 | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2141960 | $0.00 | $2,878.54 | $2,107.90 | |

### EARNINGS *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 80.00 | 2,878.54 | 312.00 | 11,226.30 |
| PTO | | 0.00 | 0.00 | 8.00 | 287.85 |
| **Total:** | | 80.00 | 2,878.54 | 320.00 | 11,514.15 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 177.28 | 709.11 |
| MED EE | 41.46 | 165.84 |
| FEDERAL WH | 128.02 | 512.08 |
| PA WH | 87.78 | 351.12 |
| PHILADELPHIA | 99.25 | 397.00 |
| PA SUI EE | 1.73 | 6.91 |
| **Total:** | 535.52 | 2,142.06 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 215.89 | 863.56 |
| FSA Medical | 19.23 | 76.92 |
| **Total:** | 235.12 | 940.48 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| PTO | 0.0000 | 0.00 | 24.00 |

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####2251 | 2,107.90 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/14/2020 | V2141960 |

| TOTAL NET PAY |
|---|
| ******$2,107.90 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | Period Begin: 1/12/2020 | Check Date: 1/31/2020 | | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | Period End: 1/25/2020 | Pay Type: Salary | | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | Exemptions: 6 | Additional Tax: | | | |
| Company Id: ST15 | State Filing: | Exemptions: | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2122478 | $0.00 | $2,878.53 | $2,107.89 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 72.00 | 2,590.68 | 232.00 | 8,347.76 | SOC SEC EE | 177.28 | 531.83 | PSERS | 215.89 | 647.67 |
| PTO | 35.9817 | 8.00 | 287.85 | 8.00 | 287.85 | MED EE | 41.46 | 124.38 | FSA Medical | 19.23 | 57.69 |
| | | | | | | FEDERAL WH | 128.02 | 384.06 | | | |
| | | | | | | PA WH | 87.78 | 263.34 | | | |
| | | | | | | PHILADELPHIA | 99.25 | 297.75 | | | |
| | | | | | | PA SUI EE | 1.73 | 5.18 | | | |
| Total: | | 80.00 | 2,878.53 | 240.00 | 8,635.61 | Total: | 535.52 | 1,606.54 | Total: | 235.12 | 705.36 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: | 8.00 | Balance | 24.00 | Checking | Account: ####2251 | Deposit Amount: | 2,107.89 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/31/2020 | V2122478 |

| TOTAL NET PAY |
|---|
| ******$2,107.89 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|---|
| Employee #: 334 | Funding: 100 | | Period Begin: 12/29/2019 | | Check Date: 1/17/2020 | | 2950 Memphis St |
| Clock Number: | Function Code: 1101 | | Period End: 1/11/2020 | | Pay Type: Salary | | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | Federal Filing: Married | | Exemptions: 6 | | Additional Tax: | | |
| Company Id: ST15 | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2098605 | $0.00 | $2,878.54 | $2,107.92 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | | 80.00 | 2,878.54 | 160.00 | 5,757.08 |
| **Total:** | | 80.00 | 2,878.54 | 160.00 | 5,757.08 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 177.27 | 354.55 |
| MED EE | 41.46 | 82.92 |
| FEDERAL WH | 128.02 | 256.04 |
| PA WH | 87.78 | 175.56 |
| PHILADELPHIA | 99.25 | 198.50 |
| PA SUI EE | 1.72 | 3.45 |
| **Total:** | 535.50 | 1,071.02 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 215.89 | 431.78 |
| FSA Medical | 19.23 | 38.46 |
| **Total:** | 235.12 | 470.24 |

### CURRENT PERIOD LEAVE ACCRUAL

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | | Balance 32.00 | | |

### DISTRIBUTION OF NET PAY

| | | | |
|---|---|---|---|
| Checking | Account: ####2251 | Deposit Amount: | 2,107.92 |

---

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/17/2020 | V2098605 |

| TOTAL NET PAY |
|---|
| ******$2,107.92 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**

| Statement of Earnings For: | Maura Kane | | | | | Memphis Street Academy Charter School at JP |
|---|---|---|---|---|---|---|
| Employee #: 334 | | Funding: 100 | | Period Begin: 12/15/2019 | Check Date: 1/3/2020 | 2950 Memphis St |
| Clock Number: | | Function Code: 1101 | | Period End: 12/28/2019 | Pay Type: Salary | Philadelphia, PA 19134 |
| SSN: XXX-XX-4566 | | Federal Filing: Married | | Exemptions: 6 | Additional Tax: | |
| Company Id: ST15 | | State Filing: | | Exemptions: | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2072135 | $0.00 | $2,878.54 | $2,107.90 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 80.00 | 2,878.54 | 80.00 | 2,878.54 | SOC SEC EE | 177.28 | 177.28 | PSERS | 215.89 | 215.89 |
| | | | | | | MED EE | 41.46 | 41.46 | FSA Medical | 19.23 | 19.23 |
| | | | | | | FEDERAL WH | 128.02 | 128.02 | | | |
| | | | | | | PA WH | 87.78 | 87.78 | | | |
| | | | | | | PHILADELPHIA | 99.25 | 99.25 | | | |
| | | | | | | PA SUI EE | 1.73 | 1.73 | | | |
| Total: | | 80.00 | 2,878.54 | 80.00 | 2,878.54 | Total: | 535.52 | 535.52 | Total: | 235.12 | 235.12 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| PTO | Accrued: 0.0000 | Taken: 0.00 | | Balance 32.00 | Checking | | Account: ####2251 | Deposit Amount: | 2,107.90 |

Memphis Street Academy Charter School at JP Jones
2950 Memphis St
Philadelphia, PA 19134

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/3/2020 | V2072135 |

| TOTAL NET PAY |
|---|
| ******$2,107.90 |

334 100 1101
**Maura Kane**
419 Rutgers Court
Bensalem, PA 19020

**NOT NEGOTIABLE**