**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 20-12779-ELF

MAURA KANE

419 RUTGERS COURT

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAURA KANE

    419 RUTGERS COURT

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    MICHAEL J MCCRYSTAL
    151 MAIN STREET STE A

    EMMAUS, PA 18049-

Date: 9/16/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee