## UNITED STATES BANKRUPTCY COURT
## FOR THE EAS DISTRICT OF PENNSYLVANIA

In re:  Maura Kane : Chapter 13
       Debtor :
                            : Case No. 20-12779-elf
                            :

### *PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH THE OBLIGATIONS OF 11 U.S.C. §§ 1325(a)(8) and (a)(9)*

I, Michael J. McCrystal, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for March 2, 2021, in the above referenced case:

1. The above named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor has filed all applicable Federal, State and Local Tax Returns required to be filed with the 4 year period that preceded the petition date.

3. If the confirmation hearing date stated above is adjourned for any reason and the information herein changes, an updated Certification will be provided to the standing Chapter 13 Trustee prior to any subsequent Confirmation hearing date.

4. If this Certification is being signed by counsel for the debtor, counsel certifies that debtors were duly questioned about the statements in this Certification and supplied the answers consistent with the Certification

DATE: February 26, 2021

                                              /s/ Michael J. McCrystal
                              BY:_____
                                         Michael J. McCrystal, Esquire