# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Maura Kane                                                                          Case No.  20-12779
                          Debtor(s)                                                         Chapter   13

# PROOF OF SERVICE BY MAIL

I, Michael J. McCrystal, Esquire, declare that I am a resident of or employed in the County of Lehigh, Commonwealth of Pennsylvania. My address is 151 Main Street, STE A, Emmaus, PA 18049. I am over the age of eighteen years of age and am not a party to this case.

On February 26, 2021, I served the First Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail and/via ECF to those creditors who have agreed to be served in this manner.

| |
|---|
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 |
| Bensalem Village Condo<br>200 Mt. Vernon Circle<br>Bensalem, PA 19020 |
| Bensalem Village Condo Association<br>c/o Clemons, Richter and Reiss<br>2003 S. Easton Road<br>STE 300<br>Doylestown, PA 18901 |
| Bucks County Water and Sewer Authority<br>PO Box 3895<br>Lancaster, PA 17604 |
| Cap1/Justice<br>Capital One Retail Srvs/Attn: Bankruptcy<br>Po Box 30258<br>Salt Lake City, UT 84130 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Cavalry Portfolio Services<br>500 Summit Lake<br>Suite 400<br>Valhalla, NY 10595 |
| CCP Bucks<br>55 East Court Street<br>case no. 2019-05817<br>Doylestown, PA 18901 |
| CCP Bucks<br>55 East Court Street<br>case number 2019-05773<br>Doylestown, PA 18901 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Comenity Bank/Ann Taylor
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Comenitybank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenitycapital/modell
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Eastern Revenue Inc
Attn: Bankruptcy
601 Dresher Rd. Suite 301
Horsham, PA 19044

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First PREMIER Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine Ste 100
San Diego, CA 92108

PECO
attn.: Payment Processing/Bk Dept.
PO Box 37629
Philadelphia, PA 19101-0629

Phelan, Hallian, Diamond & Jones LLP
One Penn Ctr at Suburban Station
1617 JFK Blvd, STE 1400
Philadelphia, PA 19103

PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

| |
|---|
| Tidewater Finance Co<br>Attn: Bankruptcy<br>6520 Indian River Rd<br>Virginia Beach, VA 23464 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Wells Fargo/Preferred<br>Attn: Bankruptcy<br>Pob 10438  Mac F8235-02f<br>Des Moines, IA 50306 |

I declare that the foregoing is true and correct, and that this declaration was executed on **February 26, 2021**.

_____
Signature